# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DANNY RAY WILLIAMS, II**                                            **PLAINTIFF**

V.                 **CASE NO.: 4:12CV00663 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Plaintiff Danny Ray Williams's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 13th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE